IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN CHIPPS,

   Plaintiff,

v.               No. 2:19-CV-00027-KRS-SMV

FARM BUREAU PROPERTY &
CASUALTY INSURANCE COMPANY,

   Defendant.

### ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court determines that a telephonic conference shall be held on **July 1, 2019 at 11:00 a.m.** to discuss the scheduling and location of the trial and other significant hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to participate in the conference.

 **IT IS SO ORDERED.**

               _____
               KEVIN R. SWEAZEA
               UNITED STATES MAGISTRATE JUDGE